## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Well Water Solutions and Rentals, Inc., )<br>)<br>Plaintiff,           )<br>)<br>vs.                 )<br>)<br>Purity Oilfield Service, LLC,        )<br>)<br>Defendant.           ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br><br><br>Case No. 1:21-cv-066 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on October 12, 2021, at 9:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 25th day of May, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court